# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE A. TOLIVER,
Petitioner,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS; JO
GENTRY, WARDEN; AND BRIAN
WILLIAMS, WARDEN,
Respondents.

No. 72997

FILED

JUN 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on May 10, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: George A. Toliver
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-21438